

FILED
JUL 22 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ as

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 19CR2120-CAB |
| Plaintiff, | |
| v. | ORDER AND JUDGMENT TO DISMISS THE INDICTMENT WITHOUT PREJUDICE |
| JESS ALVAREZ GUTIERREZ, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the INDICTMENT in the above-entitled case be dismissed without prejudice as to Defendant Jess Alvarez Gutierrez.

IT IS FURTHER ORDERED that any property in possession of U.S. Pretrial be released and the bond is exonerated.

IT IS SO ORDERED.

DATED: 7/19, 2019.

Honorable Cathy Ann Bencivengo
United States District Judge